```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 21213
   JOHN A SMITH
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1693

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/13/2007 and was confirmed 01/14/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   75.00%.

     The case was dismissed after confirmation 12/08/2008.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED         7158.19              .00             .00
WILSHIRE CREDIT CORPORAT  CURRENT MORTG         .00              .00             .00
WILSHIRE CREDIT CORPORAT  MORTGAGE ARRE   10000.00              .00         4004.13
PIERCE & ASSOC            NOTICE ONLY     NOT FILED             .00             .00
WILSHIRE CREDIT CORPORAT  NOTICE ONLY     NOT FILED             .00             .00
WILSHIRE CREDIT CORPORAT  CURRENT MORTG         .00              .00             .00
WILSHIRE CREDIT CORPORAT  MORTGAGE ARRE    1218.43              .00          487.87
JEFFERSON CAPITAL SYSTEM  UNSECURED        1596.61              .00             .00
BANK OF AMERICA           UNSECURED       NOT FILED             .00             .00
FIA CARD/BANK OF AMERICA  UNSECURED        7253.51              .00             .00
FIA CARD SERV/BANK OF AM  UNSECURED        6816.28              .00             .00
CITI CARDS                UNSECURED       NOT FILED             .00             .00
ASSET ACCEPTANCE CORP     UNSECURED       10234.27              .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         837.64              .00             .00
MIDLAND CREDIT MANAGEMEN  UNSECURED        2227.51              .00             .00
FNANB                     NOTICE ONLY     NOT FILED             .00             .00
PREMIER BANKCARD          UNSECURED       NOT FILED             .00             .00
LEDFORD & WU              DEBTOR ATTY      2,500.00                         2,500.00
TOM VAUGHN                TRUSTEE                                             608.00
DEBTOR REFUND             REFUND                                            3,300.00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              10,900.00

PRIORITY                                           .00
SECURED                                       4,492.00
UNSECURED                                          .00
ADMINISTRATIVE                                2,500.00
TRUSTEE COMPENSATION                            608.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 21213 JOHN A SMITH
```

```
DEBTOR REFUND                                                 3,300.00
                                          ---------------   ---------------
TOTALS                                         10,900.00         10,900.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 03/05/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 07 B 21213 JOHN A SMITH